THAU & TRUPIN CONSTRUCTION COMPANY, INC., Appellant, *v.* MCBRIDE REALTY COMPANY, INC., Respondent.

(Argued June 3, 1931; decided July 15, 1931.)

*Abraham B. Hertz, James H. Garmesey* and *Murray J.* *Lefcourt* for appellant.

*Almet R. Latson, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.